UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.**, as Broadcast Licensee of the **November 23, 2007 Vargas/Mayorga** Program,

                Plaintiff,

-against-

JOSE JOEL RAMIREZ and MARGARITA RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT, and EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT,

                Defendants.

---

**DESIGNATION OF LOCAL COUNSEL**

Civil Action No.

FILED: JUNE 11, 2008
08CV3354
JUDGE ASPEN
MAGISTRATE JUDGE SCHENKIER

PH

COME NOW the Plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, on behalf of Themselves and All Others Similarly Situated, and through counsel hereby designates SHELDON S. GOMBERG, ESQ., of 134 North La Salle Street, Suite 1508, Chicago, IL 60602, as resident counsel for the Plaintiff.

Dated: June 10, 2008
       Ellenville, New York

                                        **J & J SPORTS PRODUCTIONS, INC.**

                                      By: <u>/s/Julie Cohen Lonstein</u>
                                            JULIE COHEN LONSTEIN, ESQ.
                                            Attorney for Plaintiff
                                            Bar Roll No. 90784647
                                            LONSTEIN LAW OFFICE, P.C.
                                            Office and P.O. Address
                                            1 Terrace Hill : P.O. Box 351
                                            Ellenville, NY 12428
                                            Telephone: (845) 647-8500
                                            Facsimile: (845) 647-6277
                                            Email: Info@signallaw.com
                                            *Our File No. 07-18IL-N01V*