# Affidavit of Process Server

**J+J Sports Productions, Inc** vs **Jose Joel Ramirez et al**    **08CV3354**
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE #

Being duly sworn, on my oath, I __Karl Brown__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Margarita Ramirez__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ __Summons + Complaint, Plaintiffs disclosure statement, + Designation of Local Counsel__

by serving (NAME) __Jose Joel Ramirez__
at ☒ Home __2250 Lakeside Dr.__
☐ Business _____
☒ on (DATE) __6-24-08__ at (TIME) __12:40 pm__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely __Jose Joel Ramirez - Spouse__
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ ( )_____
DATE TIME    DATE TIME
( )_____ ( )_____ ( )_____
DATE TIME    DATE TIME    DATE TIME

**Description:**
☒ Male    ☐ White Skin    ☒ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☐ Female    ☐ Black Skin    ☐ Brown Hair    ☐ Balding    ☐ 21-35 Yrs.    ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
    ☐ Yellow Skin    ☐ Blond Hair        ☒ 36-50 Yrs.    ☒ 5'4"-5'8"    ☒ 131-160 Lbs.
    ☒ Brown Skin    ☐ Gray Hair    ☐ Mustache    ☐ 51-65 Yrs.    ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
☐ Glasses    ☐ Red Skin    ☐ Red Hair    ☐ Beard    ☐ Over 65 Yrs.    ☐ Over 6'    ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

SERVED BY
LASALLE PROCESS SERVERS

State of Illinois    County of Cook

Subscribed and sworn to before me,
a notary public, this __26__ day of __June__, 20__08__

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the November 23, 2007 Vargas/Mayorga Program.
　　　　　　　　Plaintiff,
　　　　　V.

JOSE JOEL RAMIREZ and MARGARITA RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT, and EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT,
　　　　　　Defendants.

CASE NUMBER: 08CV3354

ASSIGNED JUDGE: JUDGE ASPEN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

MARGARITA RAMIREZ, Individually, and as officer, director, shareholder and/or principal of EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT
2250 Lakeside Drive
Aurora, IL 60504-5839

Our File No. 07-18IL-N01V

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845) 647-8500

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

June 11, 2008
Date