UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **November 23, 2007 Vargas/Mayorga** Program,

      Plaintiff,

 -against-

JOSE JOEL RAMIREZ and MARGARITA RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT, and EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT,

      Defendants.

---

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

Civil Action No.08-CV-3354-MEA-SIS

HON. MARVIN E. ASPEN

TO: MICHAEL W. DOBBINS, CLERK
   UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF ILLINOIS

Please enter default of the following Defendants:

**JOSE JOEL RAMIREZ and MARGARITA RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT, and EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT,** pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and from the attached affidavit of Julie Cohen Lonstein, Esq.

Dated: July 22, 2008         LONSTEIN LAW OFFICE, P.C.
    Ellenville, New York

                     By: /s/ Julie Cohen Lonstein
                       Julie Cohen Lonstein
                       Bar Roll No. JL8512
                       Attorney for Plaintiff
                       1 Terrace Hill; PO Box 351
                       Ellenville, NY 12428
                       Telephone: 845-647-8500
                       Facsimile: 845-647-6277

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **November 23, 2007 Vargas/Mayorga** Program,

        Plaintiff,

  -against-

JOSE JOEL RAMIREZ and MARGARITA RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT, and EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN  RESTAURANT a/k/a EL PASO RESTAURANT,

        Defendants.

-----------------------------------------------------------

**AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT**
Civil Action No.08-CV-3354-MEA-SIS
HON. MARVIN E. ASPEN

STATE OF NEW YORK :
                 : SS.:
COUNTY OF ULSTER : 

    JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

    1. That I am the attorney for plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, in the above referenced matter and I am admitted to practice in this Court.  I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

    2.    This action was commenced pursuant to 47 U.S.C. §605, *et seq*.  A copy of the Summons and Complaint was served on Defendant, **JOSE JOEL RAMIREZ and MARGARITA RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT, and EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN  RESTAURANT a/k/a EL PASO RESTAURANT**, as set forth

in the proof of service by Karl Brown, ECF Documents numbers 7, 8, and 9.

3.  The time within which any of the Defendants may answer or otherwise move with respect to the Complaint herein has expired.  Defendants **JOSE JOEL RAMIREZ and MARGARITA RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT, and EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN  RESTAURANT a/k/a EL PASO RESTAURANT**, have not answered or otherwise moved with respect to the Complaint; and the time for the Defendant(s) to do so has not been extended.

4.  Said Defendant(s) are not infants or incompetents.  Upon information and belief, Defendant(s) are not presently in the military service of the United States.

**WHEREFORE**, Plaintiff **J & J SPORTS PRODUCTIONS, INC.,** requests that the default of the Defendant(s) **JOSE JOEL RAMIREZ and MARGARITA RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN  RESTAURANT a/k/a EL PASO RESTAURANT, and EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN  RESTAURANT a/k/a EL PASO RESTAURANT** be noted and that judgment be entered in favor of plaintiff and against defendants in the manner stated herein.

Dated: July 22, 2008
     Ellenville, NY 12428　　　　　　　　　　/S/ Julie Cohen Lonstein
　　　　　　　　　　　　　　　　　　　　　　　Julie Cohen Lonstein
Sworn to before me this 22nd　　　　　　　　Bar Roll No. JL8512
day of July 2008

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration  No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **November 23, 2007 Vargas/Mayorga** Program,

                          Plaintiff,

   -against-

JOSE JOEL RAMIREZ and MARGARITA RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT, and EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT,

                      Defendants.

**CLERK'S CERTIFICATE**
Civil Action No.08-CV-3354-MEA-SIS
HON. MARVIN E. ASPEN

---

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that the docket entries in the above entitled action indicates that the Defendants, **JOSE JOEL RAMIREZ and MARGARITA RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT, and EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT**, were served with a copy of the Complaint and Summons on June 24, 2008;

    I further certify that the docket entries indicate that **JOSE JOEL RAMIREZ and MARGARITA RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT, and EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT**, have never

submitted an answer or otherwise plead in defense of this action and their default is hereby noted.

Dated: _____, Illinois

_____2008                MICHAEL W. DOBBINS
                                                                                Clerk


                                                          By:_____
                                                                                Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **November 23, 2007**
**Vargas/Mayorga** Program,

                         Plaintiff,

     -against-

JOSE JOEL RAMIREZ and MARGARITA
RAMIREZ, Individually, and as officers, directors,
shareholders and/or principals of EL PASO
RESTAURANT, INC. d/b/a EL PASO MEXICAN
RESTAURANT a/k/a EL PASO RESTAURANT,
and EL PASO RESTAURANT, INC. d/b/a EL
PASO MEXICAN  RESTAURANT a/k/a EL
PASO RESTAURANT,

                             Defendants

**CERTIFICATE OF SERVICE**
Civil Action No.08-CV-3354-MEA-SIS
HON. MARVIN E. ASPEN

------------------------------------------------------------------

       The undersigned certifies that on the **22nd**  day of July 2008 your deponent served the following documents by regular mail:

      1) Request for Default
      2) Affidavit in Support of Request for Default
      3) Clerk's Certificate

on the following:

El Paso Restaurant, Inc.
3 South Lincoln Ave.
Aurora, IL 60505

Jose Joel Ramirez
Margarita Ramirez
2250 Lake Side Dr.
Aurora, IL 60504

                                                          /s/ Julie Cohen Lonstein
                                                          Julie Cohen Lonstein