## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

J & J Sports Productions, Inc.
         Plaintiff,

v.                Case No.: 1:08–cv–03354
                Honorable Marvin E. Aspen

Jose Joel Ramirez, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

  MINUTE entry before the Honorable Marvin E. Aspen dated 7/24/08:Case called for Status hearing on 7/24/2008. No one appears. Status hearing reset for 8/21/2008 at 10:30 AM. The plaintiffs are to notify the defendants of status date. Counsel for both sides are to be present for status.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.