UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **November 23, 2007 Vargas/Mayorga** Program

      Plaintiff,

-against-

JOSE JOEL RAMIREZ and MARGARITA RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT, and EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT,
      Defendants.

---

NOTICE OF PRESENTMENT OF REQUEST FOR ENTRY OF DEFAULT
Civil Action No.08-CV-3354
HON. MARVIN E. ASPEN

  **PLEASE TAKE NOTICE** that on the **21st day of August 2008 at 10:30 a.m.**, Plaintiff will move this Court for an Order granting entry of default, as set forth in the Application for Entry of Default which was filed via the Court's ECF system on July 22, 2008 document No. 10, against the Defendants **JOSE JOEL RAMIREZ and MARGARITA RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT, and EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT**.

Dated: August 8, 2008
  Ellenville, NY  12428

      LONSTEIN LAW OFFICE, P.C.

      By:  /s/ Julie Cohen Lonstein
       Julie Cohen Lonstein
       Bar Roll No.  JL8521
       Attorney for Plaintiff
       1 Terrace Hill; PO Box 351
       Ellenville, NY 12428
       Telephone:  845-647-8500
       Facsimile:   845-647-6277

## **CERTIFICATE OF SERVICE**

       Plaintiff hereby certifies that on today's date, a true copy of the foregoing document was served via U.S. Mail, upon the following:

El Paso Restaurant, Inc.
3 South Lincoln Ave.
Aurora, IL 60505

Jose Joel Ramirez
Margarita Ramirez
2250 Lake Side Dr.
Aurora, IL 60504

                                                                                               /s/ Julie Cohen Lonstein
                                                                                                Julie Cohen Lonstein