**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

J & J Sports Productions, Inc.
          Plaintiff,

v.                   Case No.: 1:08–cv–03354
                  Honorable Marvin E. Aspen

Jose Joel Ramirez, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2008:

  MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 8/21/2008, and continued to 9/18/2008 at 10:30 AM. Plaintiffs' request for clerk's entry of default (10) is granted. Default is entered against all defendants. Hearing on prove up is set for 9/18/08 at 10:30 a.m. Plaintiffs are to give defendants notice of hearing. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.