UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **November 23, 2007 Vargas/Mayorga** Program,

                    Plaintiff,

    -against-

JOSE JOEL RAMIREZ and MARGARITA RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT, and EL PASO RESTAURANT, INC. d/b/a EL PASO MEXICAN RESTAURANT a/k/a EL PASO RESTAURANT,

                    Defendants

----------------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Action No.08-CV-3354-MEA-SIS
HON. MARVIN E. ASPEN

       The undersigned certifies that on the **26**[th] day of August 2008 your deponent served the following documents by regular mail:

                  Notification of Docket Entry- ECF # 13

on the following:

El Paso Restaurant, Inc.
3 South Lincoln Ave.
Aurora, IL 60505

Jose Joel Ramirez
Margarita Ramirez
2250 Lake Side Dr.
Aurora, IL 60504

                                                 /s/ Julie Cohen Lonstein
                                               Julie Cohen Lonstein